THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CVS PHARMACY, INC., a Rhode Island corporation, <br><br> Defendant. | NO.   2:23-cv-00339-TSZ <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Ryan P. Hammond of Littler Mendelson, P.C., attorneys for Defendant, CVS Pharmacy, Inc.., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs. . This Stipulation shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorneys' fees for the time period encompassed by this action, September 2022 and October 2022, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from collecting contributions,

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – 2:23-cv-00339-TSZ
Page 1 of 3

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

liquidated damages, interest, attorney's fees and costs for any period other than September 2022 and October 2022.

DATED this ___ day of May, 2023.

| REID, McCARTHY, BALLEW & LEAHY L.L.P. | LITTLER MENDELSON, P.C. |
|---|---|
| /s/ Russell J. Reid | /s/ Ryan P. Hammond |
| Russell J. Reid, WSBA #2560 | Ryan P. Hammond, WSBA #38888 |
| 100 West Harrison Street | One Union Square |
| North Tower, Suite 300 | 600 University Street, Suite 3200 |
| Seattle WA 98119 | Seattle WA 98101-3122 |
| (206) 285-0464 | (206) 623-3300 |
| rjr@rmbllaw.com | RHammond@littler.com |
| Attorney for Plaintiff | Attorney for Defendant |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party 'shall bear its own attorneys' fees and costs of suit. This Order shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorneys' fees for the time period encompassed by this action, September 2022 and October 2022, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from collecting contributions, liquidated

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – 2:23-cv-00339-TSZ
Page 2 of 3

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

damages, interest, attorney's fees and costs for any period other than September 2022 and October 2022.

        ORDER ENTERED this  5th  day of   May   , 2023.

*Thomas S Zilly*

THE HONORABLE THOMAS S. ZILLY

Submitted for Entry:

REID, McCARTHY, BALLEW & LEAHY L.L.P.

_____
Russell J. Reid, WSBA #2560
100 West Harrison Street
North Tower, Suite 300
Seattle WA 98119
(206) 285-0464
rjr@rmbllaw.com

Attorney for Plaintiff

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – 2:23-cv-00339-TSZ
Page 3 of 3

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925